**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

January 22, 2024

Nathan Ochsner, Clerk

In   Daisy B. Bates
Re:   Debtor

Case No.: 23–34011

Chapter:  13

---

## ORDER WITHDRAWING MOTION TO DISMISS

1.   The Court has confirmed the Debtor(s)' chapter 13 plan. In connection with confirmation, the chapter 13 trustee has orally moved to withdraw his Motion to Dismiss.

2.   The chapter 13 trustee's motion to dismiss is withdrawn.

Signed and Entered on Docket: 1/22/24.

Christopher M. Lopez
United States Bankruptcy Judge